UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL LAYTON,**<br><br>Plaintiff,<br><br>vs.<br><br>**MDOC,**<br><br>Defendant. | 2:20-CV-13428-TGB-KGA<br><br>HON. TERRENCE G. BERG |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Kimberly G. Altman's February 16, 2023 Report and Recommendation (ECF No. 29) and **GRANTING** Defendant's Motion to Dismiss (ECF No. 26) it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan: April 19, 2023

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE